El Pueblo de Puerto Rico, demandante y apelado, *v.* Severo Rodríguez, acusado y apelante.

No. 3849.—*Sometido:* Nov. 5, 1929. *Resuelto:* Nov. 26, 1929.

El acusado compareció por escrito; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Severo Rodríguez fué acusado y convicto de atentado a la vida. En apelación trató de demostrar que sólo era culpable de acometimiento y agresión con circunstancias agravantes. Para ello ha presentado un alegato sin un debido señalamiento de errores, y no se demuestra en la alegada transción de la evidencia que bien el fiscal de distrito o el juez de la corte inferior tuvieran intervención alguna en la aprobación de la aludida transcripción. Bajo estas circunstancias podría desestimarse la apelación o confirmarse la sentencia.

El fiscal llamó la atención a estos extremos, pero sin embargo discutió la evidencia que consta en la alegada transcripción, y nosotros también la consideraremos. De esta evidencia el jurado tenía derecho a creer que el apelante no sólo amenazó de muerte a José Yejo sino que lo acometió con una navaja, produciéndole heridas de carácter serio. El jurado quizá tenía derecho a dudar de la intención de dar muerte,

pero también tenía derecho a creer que el acusado cometió un atentado a la vida. La declaración del propio acusado, por su vacilación, tendió a confirmar la teoría de El Pueblo, especialmente toda vez que el jurado evidentemente no creyó que el apelante actuara en defensa propia, según sostuvo. El caso era uno a decidir por el jurado bajo las adecuadas instrucciones de la corte, y el acusado no se queja de ellas.

*Debe confirmarse la sentencia apelada.*